1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9
10
11

BRIAN JUDAH MICHALEK,

CASE NO. 19-5605 RJB-TLF

Plaintiff,

12          v.

ORDER ADOPTING REPORT AND
RECOMMENDATION

13    LILLIAN POWERS KAIDE, et al.,

14                                Defendants.

15          THIS MATTER comes before the Court on the Report and Recommendation of U.S.

16    Magistrate Judge Theresa L. Fricke. Dkt. 21. The Court has considered the Report and

17    Recommendation (Dkt. 21), the Plaintiff's Objections (Dkt. 22), and the remaining file.

18          The Plaintiff's objections are a repetition of his prior assertions. They fail to provide a

19    basis to not adopt the Report and Recommendation. It should be adopted and the claims asserted

20    against Lillian Powers Kaide should be dismissed.

21          It is ordered that:

22          (1) The Report and Recommendation (Dkt. 21) **IS ADOPTED**;

23          (2) The claims asserted against Lillian Powers Kaide **ARE DISMISSED**; and

24

(3) The case **IS RE-REFERRED** to U.S. Magistrate Judge Fricke for further

proceedings.

The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Judge

Fricke, all counsel of record, and to any party appearing *pro se* at said party's last known

address.

Dated this 30th day of December, 2019.

ROBERT J. BRYAN
United States District Judge