UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN JUDAH MICHALEK ,

                Plaintiff,

v.

JOE NOLE , *ET AL.*,

                Defendants.

Case No. 3:19-cv-05605-RJB-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation (Dkt. 56);

(2) this matter is **dismissed** without prejudice for failure to prosecute pursuant to Local Rules, W.D. Wash. LCR 41(b)(2);

(3) the Clerk shall enter judgment and close this case; and

(4) Plaintiff's *in forma pauperis* status is terminated in the event of any appeal.

Dated this 25th day of January, 2021.

*Robert J. Bryan* (signature)

ROBERT J. BRYAN
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1